# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Steven D. Flickinger<br>Debtors. | Chapter 13<br>Bankruptcy No.: 1:21-bk-00355 |

## CERTIFICATION OF SERVICE

    I, Leah M. Stump-Lesley, certify that under penalty of perjury that I served the following documents, Order Confirming Chapter 13 Plan, on the parties listed below by either electronic notification or first-class mail postage prepaid:

Date: May 27, 2021

/s/ Leah M. Stump-Lesley, Esq.
Leah M. Stump-Lesley, Esq.
PA Bar ID No. 93211
Harold Shepley & Associates, LLC
3115 N. Front Street
Harrisburg, PA  17110
Phone: (717) 692-5533

[PARTIES SERVED]

Jack N. Zaharopoulos, Trustee (electronic)
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Office of the United States Trustee (electronic)
228 Walnut Street, Suite 1190
Harrisburg, PA  17109

STEVEN D. FLICKINGER
325 N. FRANKLIN ST.
HANOVER, PA 17331


LEAH M. STUMP-LESLEY, ESQ.
HAROLD SHEPLEY & ASSOCIATES, LLC
209 WEST PATRIOT STREET
SOMERSET, PA 15501


AMY FLICKENINGER
117 E. CECIL AVENUE
NORTH EAST, MD 21901


EMERGENCY PHYSICIANS ASSOCIATES PA
PO BOX 1123
MINNEAPOLIS, MN 55440-1123


FRIEDMAN VARTOLO LLP
85 BROAD STREET, SUITE 501
NEW YORK, NY 10004


KML LAW GROUP
SUITE 5000 - BNY INDEPENDENCE CENTE
701 MARKET STREET
PHILADELPHIA, PA 19106


ONE MAIN FINANCIAL
1000 CARLISLE ST.
HANOVER, PA 17331-2425


ONEMAIN
PO BOX 3251
EVANSVILLE, IN 47731


ROBERTSON, ANSCHUTZ & SCHNEID, PI
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD
FAIRFIELD, NJ 07004


SELENE FINANCE
9990 RICHMOND AVENUE, SUITE 400
ATTN: BANKRUPTCY
HOUSTON, TX 77042