In re:                                                                             Case No. 21-00355-HWV
Steven D. Flickinger                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                             Page 1 of 2
Date Rcvd: Mar 03, 2023                 Form ID: pdf010                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110-1310 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023                               Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Indenture Trustee for Legacy Mortgage Asset Trust 2018-GS3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association, as Trustee for LB-Cabana Series IV Trust jschwartz@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust bankruptcy@friedmanvartolo.com |

Lauren Marie Moyer
    on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association, as Trustee for LB-Cabana Series IV Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Leah M Stump
    on behalf of Debtor 1 Steven D. Flickinger lstump@shepleylaw.com

Leah M Stump
    on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Richard Postiglione
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust bankruptcy@friedmanvartolo.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: STEVEN D. FLICKINGER | : | CASE NO: 1-bk-21-00355 |
| | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | Amendment/Modified Plan |

ORDER

Upon Consideration of the Debtor's Motion to Amend/Modify their Chapter 13 Plan

IT IS HEREBY ORDERED AND DECREED, that Debtor be permitted to modified/amended Chapter 13 Plan in accordance with his 1st Amended Plan.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 3, 2023