**Fill in this information to identify the case:**

Debtor 1     STEVEN D. FLICKINGER

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of   PA
                                                              (State)

Case number   21-00355

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made        12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   SN SERVICING CORP        **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:   6   7   8   0

**Property address:**      325 N FRANKLIN ST
                         Number      Street

                         HANOVER,        PA     17331
                         City             State     ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| Part 3: | Arrearages |
| --- | --- |

| | **Amount** |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ 19,838.47 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 19,838.47 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 19,838.47 |

Case 1:21-bk-00355-HWV    Doc 50    Filed 02/24/26    Entered 02/24/26 08:01:26    Desc
Main Document      Page 1 of 9

## Part 4: Postpetition Payments

*Check one:*

❑ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

❑ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ 53,269.50

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
MARCH 2026 __.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager          Date   2 / 24 / 2026
Signature

Trustee     Jack                    N            Zaharopoulos
            First Name          Middle Name      Last Name

Address     8125 Adams Drive, Suite A
            Number            Street

            Hummelstown                PA           17036
            City                       State        ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email info@pamd13trustee.com

Case 1:21-bk-00355-HWV   Doc 50   Filed 02/24/26   Entered 02/24/26 08:01:26   Desc
Main Document     Page 2 of 9

# Disbursements for Claim

**Case: 21-00355** **STEVEN D. FLICKINGER**

**SN SERVICING CORP**
323 5TH STREET

EUREKA, CA 95501-

Acct No: 6780 - Pre-Arrears - 325 N. F

ARREARS - 325 N. FRANKLIN ST.

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | | |
|---|---|---|---|
| | Debt: | $19,838.47 | Interest Paid: $0.00 |
| Amt Sched: $0.00 | | | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: | $19,838.47 | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **SN SERVICING CORP** | | | | | | | |
| 520-0 | SN SERVICING CORP | | 01/21/2026 | 9021783 | $540.75 | $0.00 | $540.75 | 01/21/2026 |
| 520-0 | SN SERVICING CORP | | 12/17/2025 | 9021634 | $665.77 | $0.00 | $665.77 | 12/17/2025 |
| 520-0 | SN SERVICING CORP | | 11/19/2025 | 9021486 | $413.29 | $0.00 | $413.29 | 11/19/2025 |
| 520-0 | SN SERVICING CORP | | 10/10/2025 | 9021328 | $539.53 | $0.00 | $539.53 | 10/10/2025 |
| 520-0 | SN SERVICING CORP | | 09/16/2025 | 9021173 | $609.03 | $0.00 | $609.03 | 09/16/2025 |
| 520-0 | SN SERVICING CORP | | 08/18/2025 | 9021023 | $608.96 | $0.00 | $608.96 | 08/18/2025 |
| 520-0 | SN SERVICING CORP | | 07/22/2025 | 9020873 | $608.96 | $0.00 | $608.96 | 07/22/2025 |
| 520-0 | SN SERVICING CORP | | 06/17/2025 | 9020707 | $608.96 | $0.00 | $608.96 | 06/17/2025 |
| 520-0 | SN SERVICING CORP | | 05/14/2025 | 9020535 | $539.53 | $0.00 | $539.53 | 05/14/2025 |
| 520-0 | SN SERVICING CORP | | 04/14/2025 | 9020362 | $539.53 | $0.00 | $539.53 | 04/14/2025 |
| 520-0 | SN SERVICING CORP | | 03/18/2025 | 9020210 | $530.52 | $0.00 | $530.52 | 03/18/2025 |
| 520-0 | SN SERVICING CORP | | 02/19/2025 | 9020044 | $546.84 | $0.00 | $546.84 | 02/19/2025 |
| 520-0 | SN SERVICING CORP | | 01/15/2025 | 9019881 | $546.84 | $0.00 | $546.84 | 01/15/2025 |
| 520-0 | SN SERVICING CORP | | 12/17/2024 | 9019708 | $546.68 | $0.00 | $546.68 | 12/17/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | SN SERVICING CORP | | 11/19/2024 | 9019543 | $549.24 | $0.00 | $549.24 | 11/19/2024 |
| 520-0 | SN SERVICING CORP | | 10/23/2024 | 9019385 | $549.24 | $0.00 | $549.24 | 10/23/2024 |
| 520-0 | SN SERVICING CORP | | 09/17/2024 | 9019211 | $1,098.48 | $0.00 | $1,098.48 | 09/17/2024 |
| 520-0 | SN SERVICING CORP | | 07/10/2024 | 9018875 | $1,374.45 | $0.00 | $1,374.45 | 07/10/2024 |
| 520-0 | SN SERVICING CORP | | 06/18/2024 | 9018714 | $273.27 | $0.00 | $273.27 | 06/18/2024 |
| 520-0 | SN SERVICING CORP | | 04/17/2024 | 9018369 | $546.84 | $0.00 | $546.84 | 04/17/2024 |
| 520-0 | SN SERVICING CORP | | 03/14/2024 | 9018188 | $544.71 | $0.00 | $544.71 | 03/14/2024 |
| 520-0 | SN SERVICING CORP | | 02/14/2024 | 9018006 | $1,094.22 | $0.00 | $1,094.22 | 02/14/2024 |
| 520-0 | SN SERVICING CORP | | 12/19/2023 | 9017683 | $547.11 | $0.00 | $547.11 | 12/19/2023 |
| 520-0 | SN SERVICING CORP | | 11/15/2023 | 9017515 | $547.11 | $0.00 | $547.11 | 11/15/2023 |
| 520-0 | SN SERVICING CORP | | 10/18/2023 | 9017339 | $547.11 | $0.00 | $547.11 | 10/18/2023 |
| 520-0 | SN SERVICING CORP | | 09/19/2023 | 9017161 | $621.32 | $0.00 | $621.32 | 09/19/2023 |
| 520-0 | SN SERVICING CORP | | 08/09/2023 | 9016976 | $621.32 | $0.00 | $621.32 | 08/09/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/11/2023 | 2027052 | $190.42 | $0.00 | $190.42 | 07/20/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/13/2022 | 2015032 | $498.72 | $0.00 | $498.72 | 07/20/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 06/14/2022 | 2014059 | $403.52 | $0.00 | $403.52 | 06/21/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 05/17/2022 | 2013039 | $403.52 | $0.00 | $403.52 | 05/23/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 04/12/2022 | 2011947 | $403.52 | $0.00 | $403.52 | 04/21/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 03/16/2022 | 2010930 | $403.52 | $0.00 | $403.52 | 03/22/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 02/16/2022 | 2009933 | $403.52 | $0.00 | $403.52 | 02/24/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2022 | 2008973 | $372.12 | $0.00 | $372.12 | 01/26/2022 |

|  |  | Sub-totals: | $19,838.47 | $0.00 | $19,838.47 |
|---|---|---|---|---|---|
|  |  | Grand Total: | $19,838.47 | $0.00 | |

# Disbursements for Claim

**Case: 21-00355**     **STEVEN D. FLICKINGER**

**SN SERVICING CORPORATION**
323 FIFTH ST

EUREKA, CA  95501-

Acct No: 6780

|  | | | Sequence: 07 |
| --- | --- | --- | --- |
|  | | | Modify: |
|  | | | Filed Date: |
|  | | | Hold Code: |

|  | Debt: | $53,269.50 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- |
| Amt Sched:     $0.00 | | | Accrued Int: | $0.00 |
| Amt Due:     $912.16 | Paid: | $53,269.50 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | DisbDescrp | | |
| **5010** | **SN SERVICING CORPORATION** | | | | | | | |
| 501-0 | SN SERVICING CORPORATION | | 02/18/2026 | 9021927 | $912.16 | $0.00 | $912.16 | 02/18/2026 |
| | | | | | | Payment for 2/2026 | | |
| 501-0 | SN SERVICING CORPORATION | | 01/21/2026 | 9021784 | $912.16 | $0.00 | $912.16 | 01/21/2026 |
| | | | | | | Payment for 1/2026 | | |
| 501-0 | SN SERVICING CORPORATION | | 12/17/2025 | 9021635 | $912.16 | $0.00 | $912.16 | 12/17/2025 |
| | | | | | | Payment for 12/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 11/19/2025 | 9021487 | $912.16 | $0.00 | $912.16 | 11/19/2025 |
| | | | | | | Payment for 11/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 10/10/2025 | 9021329 | $912.16 | $0.00 | $912.16 | 10/10/2025 |
| | | | | | | Payment for 10/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 09/16/2025 | 9021174 | $912.16 | $0.00 | $912.16 | 09/16/2025 |
| | | | | | | Payment for 9/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 08/18/2025 | 9021024 | $912.16 | $0.00 | $912.16 | 08/18/2025 |
| | | | | | | Payment for 8/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 07/22/2025 | 9020874 | $912.16 | $0.00 | $912.16 | 07/22/2025 |
| | | | | | | Payment for 7/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 06/17/2025 | 9020708 | $912.16 | $0.00 | $912.16 | 06/17/2025 |
| | | | | | | Payment for 6/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 05/14/2025 | 9020536 | $912.16 | $0.00 | $912.16 | 05/14/2025 |
| | | | | | | Payment for 5/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 04/14/2025 | 9020363 | $912.16 | $0.00 | $912.16 | 04/14/2025 |
| | | | | | | Payment for 4/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 03/18/2025 | 9020211 | $912.16 | $0.00 | $912.16 | 03/18/2025 |
| | | | | | | Payment for 3/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 02/19/2025 | 9020045 | $905.01 | $0.00 | $905.01 | 02/19/2025 |
| | | | | | | Payment for 2/2025 | | |
| 501-0 | SN SERVICING CORPORATION | | 01/15/2025 | 9019882 | $905.01 | $0.00 | $905.01 | 01/15/2025 |
| | | | | | | Payment for 1/2025 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | SN SERVICING CORPORATION | | 12/17/2024 | 9019709 | $905.01 | $0.00 | $905.01 | 12/17/2024 |
| | | | | | | Payment for 12/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 11/19/2024 | 9019544 | $905.01 | $0.00 | $905.01 | 11/19/2024 |
| | | | | | | Payment for 11/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 10/23/2024 | 9019386 | $905.01 | $0.00 | $905.01 | 10/23/2024 |
| | | | | | | Payment for 10/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 09/17/2024 | 9019212 | $905.01 | $0.00 | $905.01 | 09/17/2024 |
| | | | | | | Payment for 8/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 09/17/2024 | 9019212 | $905.01 | $0.00 | $905.01 | 09/17/2024 |
| | | | | | | Payment for 9/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 07/10/2024 | 9018876 | $905.01 | $0.00 | $905.01 | 07/10/2024 |
| | | | | | | Payment for 7/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 06/18/2024 | 9018715 | $905.01 | $0.00 | $905.01 | 06/18/2024 |
| | | | | | | Payment for 5/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 06/18/2024 | 9018715 | $905.01 | $0.00 | $905.01 | 06/18/2024 |
| | | | | | | Payment for 6/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 04/17/2024 | 9018370 | $905.01 | $0.00 | $905.01 | 04/17/2024 |
| | | | | | | Payment for 4/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 03/14/2024 | 9018189 | $905.01 | $0.00 | $905.01 | 03/14/2024 |
| | | | | | | Payment for 3/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 02/14/2024 | 9018007 | $876.14 | $0.00 | $876.14 | 02/14/2024 |
| | | | | | | Payment for 1/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 02/14/2024 | 9018007 | $876.14 | $0.00 | $876.14 | 02/14/2024 |
| | | | | | | Payment for 2/2024 | | |
| 501-0 | SN SERVICING CORPORATION | | 12/19/2023 | 9017684 | $876.14 | $0.00 | $876.14 | 12/19/2023 |
| | | | | | | Payment for 12/2023 | | |
| 501-0 | SN SERVICING CORPORATION | | 11/15/2023 | 9017516 | $876.14 | $0.00 | $876.14 | 11/15/2023 |
| | | | | | | Payment for 11/2023 | | |
| 501-0 | SN SERVICING CORPORATION | | 10/18/2023 | 9017340 | $876.14 | $0.00 | $876.14 | 10/18/2023 |
| | | | | | | Payment for 10/2023 | | |
| 501-0 | SN SERVICING CORPORATION | | 09/19/2023 | 9017162 | $876.14 | $0.00 | $876.14 | 09/19/2023 |
| | | | | | | Payment for 9/2023 | | |
| 501-0 | SN SERVICING CORPORATION | | 08/09/2023 | 9016977 | $876.14 | $0.00 | $876.14 | 08/09/2023 |
| | | | | | | Payment for 8/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/11/2023 | 2027055 | $876.14 | $0.00 | $876.14 | 07/24/2023 |
| | | | | | | Payment for 6/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/11/2023 | 2027055 | $876.14 | $0.00 | $876.14 | 07/24/2023 |
| | | | | | | Payment for 7/2023 | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/13/2023 | 2026137 | $876.14 | $0.00 | $876.14 | 06/26/2023 |
| | | | | | | Payment for 5/2023 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/13/2023 | 2026137 | $876.14 | $0.00 | $876.14 | 06/26/2023 |
| | | | | | Payment for 4/2023 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/16/2023 | 2025201 | $876.14 | $0.00 | $876.14 | 05/31/2023 |
| | | | | | Payment for 3/2023 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/18/2023 | 2024203 | $874.68 | $0.00 | $874.68 | 04/28/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/18/2023 | 2024203 | $876.14 | $0.00 | $876.14 | 04/28/2023 |
| | | | | | Payment for 2/2023 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 03/15/2023 | 2023160 | $874.68 | $0.00 | $874.68 | 03/23/2023 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 02/15/2023 | 2022164 | $874.68 | $0.00 | $874.68 | 02/28/2023 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 12/13/2022 | 2020162 | $874.68 | $0.00 | $874.68 | 01/05/2023 |
| | | | | | Payment for 9/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 12/13/2022 | 2020162 | $874.68 | $0.00 | $874.68 | 01/05/2023 |
| | | | | | Payment for 10/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 09/13/2022 | 2017105 | $874.68 | $0.00 | $874.68 | 09/21/2022 |
| | | | | | Payment for 8/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/13/2022 | 2015028 | $874.68 | $0.00 | $874.68 | 07/20/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/14/2022 | 2014055 | $874.68 | $0.00 | $874.68 | 06/22/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/17/2022 | 2013035 | $874.68 | $0.00 | $874.68 | 05/31/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/12/2022 | 2011942 | $874.68 | $0.00 | $874.68 | 04/21/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 03/16/2022 | 2010927 | $874.68 | $0.00 | $874.68 | 03/28/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 02/16/2022 | 2009930 | $874.68 | $0.00 | $874.68 | 02/24/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 01/19/2022 | 2008968 | $870.68 | $0.00 | $870.68 | 01/26/2022 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 01/19/2022 | 2008968 | $870.68 | $0.00 | $870.68 | 01/26/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 12/15/2021 | 2007946 | $870.68 | $0.00 | $870.68 | 01/12/2022 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT | | 11/16/2021 | 2006930 | $870.68 | $0.00 | $870.68 | 11/23/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | SELENE FINANCE LP | | 10/14/2021 | 2005933 | $870.68 | $0.00 | $870.68 | 10/22/2021 |
| | | | | | Payment for 9/2021 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| 501-0 | SELENE FINANCE LP | | 09/14/2021 | 2004872 | $870.68 | $0.00 | $870.68 | 09/28/2021 |
| | Payment for 8/2021 | | | | | | | |
| 501-0 | SELENE FINANCE LP | | 08/18/2021 | 2003893 | $870.68 | $0.00 | $870.68 | 08/26/2021 |
| | Payment for 7/2021 | | | | | | | |
| 501-0 | SELENE FINANCE LP | | 07/14/2021 | 2002804 | $870.68 | $0.00 | $870.68 | 07/23/2021 |
| | Payment for 6/2021 | | | | | | | |
| 501-0 | SELENE FINANCE LP | | 06/16/2021 | 2001822 | $870.68 | $0.00 | $870.68 | 06/24/2021 |
| | Payment for 5/2021 | | | | | | | |
| 501-0 | SELENE FINANCE LP | | 05/18/2021 | 2000838 | $870.68 | $0.00 | $870.68 | 06/03/2021 |
| | Payment for 3/2021 | | | | | | | |
| 501-0 | SELENE FINANCE LP | | 05/18/2021 | 2000838 | $870.68 | $0.00 | $870.68 | 06/03/2021 |
| | Payment for 4/2021 | | | | | | | |

Sub-totals: $53,269.50     $0.00   $53,269.50

Grand Total: $53,269.50     $0.00