**Fill in this information to identify the case:**

Debtor 1     Steven D. Flickinger

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE     District of   PA
                                                               (State)

Case number     1:21-bk-00355-HWV

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

### Part 1:   Mortgage Information

**Name of claim holder:** U.S. Bank Trust National Association, as Trustee for LB-Shed Series IV Trust

**Court claim no**. (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account:   6   7   8   0

**Property address:**

325 N. Franklin St.
Number      Street

Hanover            PA      17331
City                      State      ZIP Code

### Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:   $19,838.47     .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:   $ _____.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response:   $ _____.

Case 1:21-bk-00355-HWV   Doc 53   Filed 03/03/26   Entered 03/03/26 13:53:46   Desc
Main Document     Page 1 of 6

(a) *Check all that apply:*

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

❑ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:  ____/_____/_____.

❑ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:    02 /23 /2026

    ii.   Date next postpetition payment from the debtor is due:    04 /01 /2026

    iii.   Amount of the next postpetition payment that is due:    $ 980.20

    iv.   Unpaid principal balance of the loan:    $ 63,465.55

    v.   Additional amounts due for any deferred or accrued interest:    $ 333.43

    vi.   Balance of the escrow account:    $ 462.72

    vii.   Balance of unapplied funds or funds held in a suspense account:    $ 0.80

    viii.   Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $ 797.58*    *Forbearance principal

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 1:21-bk-00355-HWV    Doc 53    Filed 03/03/26    Entered 03/03/26 13:53:46    Desc
Main Document    Page 2 of 6

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

❑ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Lauren M. Moyer, Esquire            Date 03 / 03 / 2026
Signature

Name Lauren M. Moyer
First name            Middle name            Last name

Title Secured Creditor Attorney

Company Friedman Vartolo, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 1325 Franklin Avenue, Suite 160
Number          Street
Garden City, NY 11530
City            State       ZIP Code

Contact phone (212) 471-5100            Email bankruptcy@friedmanvartolo.com

Case 1:21-bk-00355-HWV   Doc 53   Filed 03/03/26   Entered 03/03/26 13:53:46   Desc
Main Document     Page 3 of 6



# SERVICING CORPORATION

323 5th Street
Eureka, CA 95501

February 25, 2026

STEVEN FLICKINGER
325 N FRANKLIN ST
HANOVER, PA 17331-2425

Your Reference:

Re:

STEVEN D FLICKINGER
325 NORTH FRANKLIN STREET
HANOVER, PA 17331

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---|
| Projected Payoff Date | 03/25/2026 |
| Principal Balance | $63,465.55 |
| Interest to 03/25/2026 | $ 333.43 |
| Other (See Attached Detail) | $ 797.58 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | ($   .80) |
| Total Payoff | $64,595.76 |
| Per diem | $ 13.89 |

The next payment due is 04/01/2026.  The current interest rate is   7.99   % and the P&I payment is $ 569.31.

## PAY OFF INSTRUCTIONS/INFORMATION:
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received will be applied with an effective date of the date received.
- All pay off figures are subject to clearance of funds in transit.  The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

## REMITTANCE INFORMATION:

**Make checks payable to:**      LB-Shed Series IV Trust

| **U.S. Postal Service:** | **FedEx/UPS:** | **Wiring Instructions:** |
|---|---|---|
| SN Servicing Corporation | Bank of Texas | LB-Shed Series IV Trust |
| LB-Shed Series IV Trust | C/O REMITTANCE SERVICES, DEPT 41548 | Bank of Texas |
| PO BOX 660820 | 2200 N HIGHWAY 121 | ACCT #8095283520 |
| DALLAS, TX 75266-0820 | GRAPEVINE, TX 76051 | ABA #111014325 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.

IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Steven D. Flickinger<br>                Debtor<br><br>SN Servicing Corporation as Servicer<br>for U.S. Bank Trust National<br>Association, as Trustee for LB-Shed<br>Series IV Trust<br>v.<br><br>Steven D. Flickinger<br>Jack N. Zaharopoulos<br>                Respondents | CASE NO.: 21-00355-HWV<br><br>CHAPTER 13<br><br>Judge:  Henry W. Van Eck<br><br>Hearing Date: |

### CERTIFICATE OF SERVICE OF NOTICE OF
**Response to Trustee's Notice of Disbursements Made**

The undersigned counsel for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee for LB-Shed Series IV Trust, ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Notice Of Final Cure Payment filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

The type(s) of service made on the parties was:  electronic notification or first class mail, postage pre-paid.  Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: March 03, 2026

By:  /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee for LB-Shed Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Steven D. Flickinger
325 N. Franklin St.
Hanover, PA 17331
Bankruptcy Debtor

**Service by NEF**

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee

Leah M Stump
Harold Shepley and Associates LLC
3115 N. Front Street
Harrisburg, PA 17110
Attorney