United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Steven D. Flickinger
    Debtor

Case No. 21-00355-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 02, 2026 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven D. Flickinger, 325 N. Franklin St., Hanover, PA 17331-2425 |
| aty | + | Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110-1310 |
| 5392043 | + | Amy Flickeninger, 117 E. Cecil Avenue, North East, MD 21901-4049 |
| 5500926 | + | Hanover Lube and Brake, 446 Baltimore Street, Hanover, PA 17331-3309 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Mar 02 2026 18:54:16 | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | ^ MEBN | Mar 02 2026 18:54:17 | Rushmore Loan Management Services, LLC as servicer, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | ^ MEBN | Mar 02 2026 18:54:17 | U.S. Bank Trust National Association, as Trustee o, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530-1631 |
| 5400860 | Email/Text: BNCnotices@dcmservices.com | Mar 02 2026 18:59:00 | Emergency Physicians Associates of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5412295 | ^ MEBN | Mar 02 2026 18:54:18 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services, LLC, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 5392044 | ^ MEBN | Mar 02 2026 18:54:16 | KML Law Group, Suite 5000 - BNY Independence Cente, 701 Market Street, Philadelphia, PA 19106-1538 |
| 5392045 | + EDI: AGFINANCE.COM | Mar 02 2026 23:58:00 | One Main Financial, 1000 Carlisle St., Hanover, PA 17331-1121 |
| 5392046 | + EDI: AGFINANCE.COM | Mar 02 2026 23:58:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5555539 | Email/Text: bknotices@snsc.com | Mar 02 2026 18:59:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 5555540 | Email/Text: bknotices@snsc.com | Mar 02 2026 18:59:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 5392047 | Email/Text: bkteam@selenefinance.com | Mar 02 2026 18:59:00 | Selene Finance, PO Box 71243, Philadelphia, PA 19176-6243 |
| 5394983 | + Email/Text: RASEBN@raslg.com | Mar 02 2026 18:59:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 202, Fairfield NJ 07004-2927 |
| 5407704 | + Email/Text: bkteam@selenefinance.com | | Mar 02 2026 18:59:00 | U.S. Bank National Association, not in its individ, c/o Selene Finance, LP, 9990 Richmond Ave, Suite 400 South, Attn: BK Dept, Houston, TX 77042-4546 |
| 5459474 | + Email/Text: nsm_bk_notices@mrcooper.com | | Mar 02 2026 18:59:00 | U.S. Bank Trust National Association, as, Trustee for LB-Cabana Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank Trust National Association, as 92619-5004 |
| 5459473 | + Email/Text: nsm_bk_notices@mrcooper.com | | Mar 02 2026 18:59:00 | U.S. Bank Trust National Association, as, Trustee for LB-Cabana Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5443168 | + Email/Text: nsm_bk_notices@mrcooper.com | | Mar 02 2026 18:59:00 | U.S. Bank Trust National Association, as trustee, of the LB-Tiki Series IV Trust, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5443169 | + Email/Text: nsm_bk_notices@mrcooper.com | | Mar 02 2026 18:59:00 | U.S. Bank Trust National Association, as trustee, of the LB-Tiki Series IV Trust, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank Trust National Association, as 92619-5004 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | |
| | on behalf of Creditor U.S. Bank National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Indenture Trustee for Legacy Mortgage Asset Trust 2018-GS3 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |

ecf_pahu_alt@trustee13.com

Jason Brett Schwartz

on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank Trust National Association, as Trustee for LB-Cabana Series IV Trust bkecf@friedmanvartolo.com

Jonathan C. Schwalb

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bankruptcy@friedmanvartolo.com

Lauren Marie Moyer

on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank Trust National Association, as Trustee for LB-Cabana Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer

on behalf of Creditor U.S. Bank Trust National Association  as Trustee for LB-Shed Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Leah M Stump

on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com

Leah M Stump

on behalf of Debtor 1 Steven D. Flickinger lstump@shepleylaw.com

Lorraine Gazzara Doyle

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust ldoyle@squirelaw.com, LOGSECF@logs.com

Michelle Ghidotti

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com

Richard Postiglione

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust bkecf@friedmanvartolo.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 14

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Steven D. Flickinger | Social Security number or ITIN xxx–xx–7944 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 | | Social Security number or ITIN ____ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:21–bk–00355–HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven D. Flickinger

**By the court:**

*[signature]* Henry W. Van Eck

3/2/26

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:21-bk-00355-HWV    Doc 54    Filed 03/04/26    Entered 03/05/26 00:36:38    Desc
Imaged Certificate of Notice    Page 6 of 6